# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00145-CR

**Leonard Unsu Castillo, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 07-859-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Leonard Unsu Castillo seeks to appeal a judgment of conviction for failure to register as a sex offender. The trial court has certified that this is a plea bargain case, and Castillo has no right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: March 18, 2008

Do Not Publish